```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39277
   JASON LEE GOSSETT
   STACEY MICHELLE GOSSETT                  CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3853    SSN XXX-XX-4372


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/21/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.41%.

     The case was paid in full 02/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED          1808.32         121.13        1808.32
HARRIS BANK                SECURED          9825.00         658.28        9825.00
HARRIS BANK                UNSECURED        4607.70            .00         479.78
HELZBERG DIAMONDS          SECURED           750.00          28.93         750.00
HELZBERG DIAMONDS          UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          736.98            .00         736.98
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED           .00            .00
ALEXIAN BROTHERS MEDICAL   NOTICE ONLY     NOT FILED           .00            .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED           .00            .00
A PHYSICIAN ANESTHESIA     UNSECURED       NOT FILED           .00            .00
BONAVENTURE MEDICAL        UNSECURED       NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED         365.81            .00          38.08
CARDIOVASCULAR ASSOCIATE   UNSECURED       NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED        12124.52           .00        1262.46
ECAST SETTLEMENT CORP      UNSECURED         4246.24           .00         442.13
UNITED STUDENT AID FUNDS   UNSEC W/INTER    8274.59         145.28         861.59
PORTFOLIO RECOVERY ASSOC   UNSECURED         4681.55           .00         487.47
DISCOVER FINANCIAL SERVI   UNSECURED          957.95           .00          99.10
ELK GROVE LAB PHYSICIANS   UNSECURED       NOT FILED           .00            .00
EUGENE INGLES DDS          UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1659.45           .00         172.79
HSBC TAXPAYER FINANCIAL    UNSECURED         1708.08           .00         177.83
JC PENNEY                  UNSECURED       NOT FILED           .00            .00
JC PENNEY                  UNSECURED       NOT FILED           .00            .00
JC PENNY                   NOTICE ONLY     NOT FILED           .00            .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         6194.55           .00         645.00
UNITED STUDENT AID FUNDS   UNSEC W/INTER   13500.79         236.90        1405.75
PERSONAL WOMENS HEALTHCA   UNSECURED       NOT FILED           .00            .00
PHILLIPS 66 COMPANY        UNSECURED       NOT FILED           .00            .00
RAYMOND COPELAND DDS       UNSECURED       NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 39277 JASON LEE GOSSETT & STACEY MICHELLE GOSSETT
```

```
RETAIL SERVICES           UNSECURED      NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1011.37           .00         105.29
UNITED STUDENT AID FUNDS  UNSEC W/INTER    3731.89         65.64         388.58
RESURGENT ACQUISITION LL  UNSECURED        2134.83           .00         222.29
UNITED STUDENT AID FUND   UNSEC W/INTER    2673.88         47.16         278.38
INTERNAL REVENUE SERVICE  UNSECURED          19.94           .00           2.08
US DEPT OF EDUCATION      UNSEC W/INTER    2144.99         37.80         223.35
TANGLEWOOD APARTMENTS     NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         709.00           .00          73.83
US DEPT OF EDUCATION      UNSEC W/INTER   20795.40        449.40        2165.13
PETER FRANCIS GERACI      DEBTOR ATTY     2,500.00                      2,500.00
TOM VAUGHN                TRUSTEE                                       1,558.34
DEBTOR REFUND             REFUND                                          918.43


       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             29,418.50

PRIORITY                                         736.98
SECURED                                       12,383.32
    INTEREST                                     808.34
UNSECURED                                      9,530.91
    INTEREST                                     982.18
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                           1,558.34
DEBTOR REFUND                                    918.43
                    --------------          --------------
TOTALS              29,418.50               29,418.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO. 04 B 39277 JASON LEE GOSSETT & STACEY MICHELLE GOSSETT